# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOSEPH MAGURCZEK,

    Plaintiff,

v.                                                       CASE NO. 6:09-CV-1502-Orl-36GJK

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Gregory J. Kelly, filed on September 4, 2012 (Doc. 37). In the Report and Recommendation, the Magistrate Judge recommends that the Court grant the Commissioner of the United States Social Security Administration's ("the Commissioner") Motion for Judgment on the Pleadings (Doc. 36), enter judgment in favor of the Commissioner and close this case. *See* Doc. 37. Neither party has filed an objection to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate Judge that the Appeals Council's decision to dismiss Claimant's request for review as untimely was not unreasonable, arbitrary or capricious. Therefore, after conducting an independent examination of the file and upon due consideration of the Magistrate's Report and Recommendation, the Court accepts the Report and Recommendation in its entirety.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 37) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Commissioner of the United States Social Security Administration's Motion for Judgment on the Pleadings (Doc. 36) is **GRANTED**.

3. The decision of the Commissioner is **AFFIRMED**.

4. The Clerk is directed to terminate all deadlines and **CLOSE** this file.

**DONE AND ORDERED** at Orlando, Florida on September 20, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD